**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7067**

———————

JOHN PAUL TURNER,

Petitioner - Appellant,

versus

DAVID S. KUYKENDALL, Virginia Department of
Corrections, District 12, Staunton, Virginia,

Respondent - Appellee.



———————

**No. 97-7296**

———————

JOHN PAUL TURNER,

Petitioner - Appellant,

versus

DAVID S. KUYKENDALL, Virginia Department of
Corrections, District 12, Staunton, Virginia,

Respondent - Appellee.

———————

Appeals from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CA-96-131-R)

Submitted:  November 20, 1997        Decided:  December 10, 1997

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

John Paul Turner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C. § 2254 (1994) (current version at 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997)) and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeals on the reasoning of the district court. Turner v. Kuykendall, No. CA-96-131-R (W.D. Va., July 8, and Sept. 8, 1997). See Lindh v. Murphy, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2